MARCH 26, 1956.

No. 201. HYUN v. LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 350 U. S. 816, to the United States Court of Appeals for the Ninth Circuit. Argued March 5, 1956. Decided March 26, 1956. *Per Curiam:* The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *William B. Murrish* argued the cause for petitioner. With him on the brief was *John W. Porter. Beatrice Rosenberg* argued the cause for respondent. With her on the brief were *Solicitor General Sobeloff, Assistant Attorney General Olney* and *Carl H. Imlay. A. L. Wirin* filed a brief for the American Civil Liberties Union, Southern California Branch, as *amicus curiae,* supporting petitioner.

No. 15, Original. UNITED STATES v. LOUISIANA. The motion for leave to file the complaint is granted and the defendant is allowed 30 days within which to answer. THE CHIEF JUSTICE took no part in the consideration or decision of this motion. *Attorney General Brownell, Solicitor General Sobeloff, Assistant Attorney General Rankin, Oscar H. Davis, John F. Davis* and *George S. Swarth* for the United States, plaintiff. *Fred S. LeBlanc,* Attorney General, *John L. Madden,* Assistant Attorney General, *Bailey Walsh,* Special Assistant Attorney General, *W. Scott Wilkinson, L. H. Perez* and *Grove Stafford* for the State of Louisiana, defendant.